IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HANCOCK BANK, a Mississippi banking corporation,**

    Plaintiff/ Counter-defendant

vs.                                    CASE NO. 5:11-cv-94/RS-CJK

**BOYD BROTHERS, INC., a Florida corporation, et al.,**

    Defendants/ Counterclaimants

_____/

## ORDER

    Before me is Plaintiff's Response to Show Cause Order (Doc. 35).

    From the pleadings, it appears that common questions of law or fact are involved in these five suits filed in this Court:

    *Hancock Bank v. Boyd Brothers et al.,* 5:11-cv-94-RS-CJK

    *Hancock Bank v. Boyd Brothers et al.,* 5:11-cv-95-RS-GRJ

    *Hancock Bank v. Boyd Brothers et al.,* 5:11-cv-96-RS-CJK

    *Hancock Bank v. Boyd Brothers et al.,* 5:11-cv-97-RS-EMT

    *Hancock Bank v. Boyd Brothers et al.,* 5:11-cv-98-RS-CJK

Pursuant to Fed. R. Civ. P. 42 (a) (2), the five cases shall be consolidated.

**IT IS ORDERED:**

1. The Clerk shall consolidate the cases.

2. The Clerk shall file a copy of this Order in each of these cases.

3. All future pleadings should be filed **only** in case 5:11-cv-94-RS-CJK.


**ORDERED** on June 14, 2011.

            <u>/S/ Richard Smoak</u>
            **RICHARD SMOAK**
            **UNITED STATES DISTRICT JUDGE**